### THE PEOPLE *v.* GUZMÁN.

### APPEAL from the District Court of Humacao.

No. 45.—Decided December 15, 1906.

APPEAL—MANIFEST ERRORS.—Where an appellant fails to appear and it is not shown from the transcript of the record that any error has been committed which would justify the reversal of the judgment appealed from, it must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

This is an appeal from the District Court of Humacao in a case of adultery. On the 9th of May, 1906, Justi López filed a complaint in the Municipal Court of Fajardo, accusing his wife, Luisa Benardo, and Francisco Guzmán, of adultery, and they were found guilty of that crime.

On appeal to the District Court by Francisco Guzmán, after a new trial, the latter court found him guilty of the crime charged and sentenced him to one year in jail and the payment of costs.

No evidence, brief or argument has been presented to this court on behalf of the appellant and no error appears in the record, and the sentence appealed from must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.